IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 1:05-CR-47 (WLS) |
| DOMINIQUE MUFF, | : | |
| Defendant. | : | |

## **O R D E R**

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 38), filed September 4, 2007. It is recommended that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 be denied. Petitioner has filed a timely objection. (Doc. No. 39).

In his objection, Petitioner reargues the ineffective assistance claim, appears to add additional grounds for relief and seeks a hearing and the appointment counsel. (Doc. No. 38). It is not appropriate at this stage of the litigation to raise new issues or requests for relief. As such, these arguments will not be considered. Petitioner's other argument was addressed by the Magistrate Judge. Accordingly, Petitioner's objection (Doc. No. 39) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 7) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and the reasons set out therein, and together with the reasons, findings and conclusion reached and set out herein. Therefore, Petitioner's petition for relief is **DENIED.**

SO ORDERED, this  21st  day of May, 2008.

            /s/W. Louis Sands
            **W. Louis Sands, Judge**
            **United States District Court**